IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CINDI R. SANDVICK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-434-bbc

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant American National Property and Casualty Company against Cindi R. Sandvick granting defendant's motion for summary judgment.

| /s/ | 7/11/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |